**Memorandum Opinion filed April 7, 2016, Withdrawn, and Order filed May 26, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00944-CV
_____

**DAVID SOLIZ AND SOLIZ AUTOMOTIVE, INC., Appellant**

**V.**

**DARWIN HANEY, Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2013-55761**

## ORDER

On April 7, 2016, this court issued an opinion dismissing this appeal. On April 22, 2016, appellant filed a motion for rehearing, which the court granted on May 12, 2016.

This court's opinion filed April 7, 2016, is **WITHDRAWN**, and our judgment of that date is **VACATED**.